RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

July 7, 2026

MEMO ENDORSED

Hon. Richard M. Berman
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York 10007

P. 2

**Re: United States v. Morris, et al**
**S1 26 Cr. 207 (RMB)**

Dear Judge Berman:

I am the assigned C.J.A. counsel for defendant **Nyjah Wynter** in the above referenced case. I write today to respectfully request authorization for the expenditure of C.J.A. funds to retain the services of Clara S. Kalhous, Esq. as associate counsel to assist me in defending Mr. Wynter.

As the government reported at our conference, the investigation leading to these serious charges resulted in the accumulation of extensive digital discovery.

Attorney Kalhous has been admitted to the New York bar for more than 15 years and was admitted to this Court in 2010. Attorney Kalhous has assisted several S.D.N.Y. C.J.A counsels, including me, on many occasions as a C.J.A. associate counsel. Her assistance is always first rate. Ms. Kalhous is experienced and adept at reviewing digital discovery, preparing legal memoranda, preparing for and assisting at trial and appellate practice. Ms. Kalhous would be an invaluable addition to Mr. Wynter's defense. I have attached Attorney Kalhous' resume for the Court's review.

Should Your Honor be inclined to grant this application it is respectfully requested that Ms. Kalhous be approved at the rate of $140.00 per hour (the presumptive Second Circuit C.J.A. rate for associate counsel with 8 or more years of practice) for an initial period of 40 hours with leave to request additional funding should the need arise. Of course, every effort will be made to avoid duplication of the work load.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: Clara S. Kalhous, Esq.

Application granted.

SO ORDERED:
Date: 8/27/26

Richard M. Berman

Richard M. Berman, U.S.D.J.

# CLARA S. KALHOUS

---

**EXPERIENCE**

**ASSOCIATE ATTORNEY (OF COUNSEL)**
*Richard H. Rosenberg, Esq., New York, NY* *February 2016 - present*
Assist in all aspects of federal criminal matters in district courts from arraignment to sentencing and in the Second Circuit from appeal through petition for certiorari.

**ASSOCIATE ATTORNEY (OF COUNSEL)**
*Law Office of Donna R. Newman, PA, New York, NY* *October 2012- present*
Perform federal and state research (discovery review, case investigation, strategic and legal analysis) and drafting (memoranda, motions, briefs, discovery demands, responses, and replies) in civil and criminal matters, both trial and appellate.

**ATTORNEY/OWNER**
*Clara Kalhous, Esq., New York, NY* *December 2010 - present*
Defend clients accused or convicted in criminal matters at the trial and appellate levels by writing legal motions, memoranda, discovery demands, and appellate and reply briefs; performing strategic and legal analysis; negotiating with opposing counsel; representing clients in court appearances; and counseling clients.

**OF COUNSEL**
*Meringolo & Associates, New York, NY* *December 2010 – November 2022*
Provided per-case litigation support including civil and criminal motions, responses, and replies; civil memoranda; discovery review, demands, and replies; and appellate research and brief drafting.

**PUBLICATIONS**

*Bail Pending Trial: Changing Interpretations of the Bail Reform Act and the Importance of Bail from Defense Attorneys' Perspectives*, 32 Pace L. Rev. 800 (2012), with John Meringolo.

**EDUCATION**

**BENJAMIN N. CARDOZO SCHOOL OF LAW, YESHIVA UNIVERSITY**
*New York, NY - J.D. 2009*
*Honors: Arts and Entertainment Law Journal*, Heyman/ACCA In-House Counsel Externship Program, International Corporate and Intellectual Property Fellowship Program, Pro- gram in Holocaust and Human Rights Studies Fellow, Human Rights and Genocide Clinic, Bryne Judicial Fellowship

**UNIVERSITY OF TENNESSEE, KNOXVILLE**
*Knoxville, TN - M.M. 2005 in Music Performance and M.M. 2006 in Musicology*

**RICE UNIVERSITY**
*Houston, TX - B.A. 2001 in Political Science and German Studies*

**BAR ADMISSIONS**

New York (2009), E.D.N.Y. (2010), S.D.N.Y. (2010), D.N.J. (2009), Second Circuit (2015).

(347) 415-9523 – 116 PINEHURST AVENUE #H13, NEW YORK, NY 10033 – CLARA.KALHOUS@GMAIL.COM